IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ALTAMAHA RIVERKEEPER/<br>COASTKEEPER,<br><br>            Plaintiff,<br><br>            v.<br><br>GAS TRAK, INC.; COASTAL REALTY<br>INVESTMENTS, INC.; DANIEL R.<br>COTY,INC.; JAMES PERRY FIELDS,<br>P.C.; DANIEL R. COTY, and JAMES<br>PERRY FIELDS,<br><br>            Defendants. | CIVIL ACTION NO.: CV206-073 |

### ORDER

The Defendants' Motion for Extension of Discovery and a Stay of Discovery Proceedings is hereby **GRANTED**. Discovery is extended up to and through February 16, 2007, and the times for filing motions and the Consolidated Pretrial Order are likewise extended. The last day for Defendants to serve expert witness report(s) is extended to December 24, 2006.

Plaintiff shall serve responses to pending discovery requests and its expert witness report(s) before September 15, 2006. All discovery proceedings, except as noted herein, are stayed for the period from September 1, 2006 through December 4, 2006.

**SO ORDERED**, this _31st_ day of August, 2006.

                                      JAMES E. GRAHAM
                                      UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)